**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-80150-CR-DAMIAN/MAYNARD**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**KEVIN WALKER,**

**Defendant.**

_______________________________________/

FILED BY SW D.C.
Oct 14, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

**REPORT AND RECOMMENDATION ON CHANGE OF PLEA**

**THIS CAUSE** comes before me upon an Order of Reference. Having conducted a Change of Plea Hearing, I recommend to the District Court as follows:

1. I convened a hearing to permit the Defendant to change his plea in this criminal case on October 8, 2026. I advised the Defendant of his right to have the District Judge assigned to this case conduct this proceeding. I advised that I was conducting the Change of Plea Hearing at the request of the Defendant, the Defendant's attorney, and the Assistant United States Attorney assigned to this case. I advised that the District Judge assigned to this case will be the sentencing judge, will make all findings and rulings concerning the Defendant's sentence, and will schedule and conduct the Sentencing Hearing. I advised the Defendant that he did not have to permit me to conduct this hearing but could request a United States District Judge to conduct the Change of Plea Hearing instead. The Defendant, the Defendant's attorney, and the Assistant United States Attorney assigned to the case all agreed on the record and consented to have a United States Magistrate Judge conduct the Change of Plea Hearing.

2. I conducted the plea colloquy in accordance with the outline set forth in the Bench Book for District Judges.

3. There is a written Plea Agreement which has been entered into by the parties in this case. DE 36. I reviewed that Plea Agreement on the record and had the Defendant acknowledge that he signed the Plea Agreement. The Defendant pleaded guilty to Count Four of the Indictment, which charges him with possession of a firearm and ammunition by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1).

4. I reviewed with the Defendant the statutory maximum penalties applicable to Count Four of the Indictment. The Defendant acknowledged that he understood the statutory maximum penalties that apply in his case.

5. The Defendant agreed that he is forfeiting all right, title, and interest in the firearm and ammunition referred to in count Four of the Indictment.

6. The parties submitted a written Factual Basis in Support of Guilty Plea ("Factual Basis"), which was signed by counsel for the Government, counsel for the Defendant, and the Defendant. DE 37. The Factual Basis was read into the record. The Defendant acknowledged that he signed the Factual Basis, understands it, and has had the opportunity to fully discuss it with his attorney. The Defendant agreed that the Factual Basis is true and correct, and accurately sets forth the facts in his case as he understands them to be. Having reviewed the Factual Basis, I find that it sets forth each of the essential elements of the crime to which the Defendant is pleading guilty.

7. Based on the foregoing and the plea colloquy that I conducted, I find that the Defendant enters his plea of guilty to Count Four of the Indictment freely and voluntarily. I accept

his guilty plea and recommend to the District Court that it adjudicate him guilty of Count Four as charged.

8. The United States Probation Office will conduct a pre-sentence investigation and will issue a report for sentencing purposes.

**ACCORDINGLY**, this Court recommends to the District Court that Defendant's plea of guilty to Count Four of the Indictment be accepted; that the Defendant be adjudicated guilty of the offense to which he pleads guilty; and that a sentencing hearing be conducted for final disposition of this case.

As agreed to by the parties, a prompt resolution of this matter is required. As such, I find it appropriate to shorten the time for any objections pursuant to Southern District of Florida Magistrate Judge Rule 4(a). Accordingly, the parties shall have THREE (3) DAYS from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with the Honorable Melissa Damian, United States District Judge for the Southern District of Florida. Pursuant to Federal Rule of Criminal Procedure 59(b)(2), failure to file a timely objection to this Report and Recommendation waives the party's right to review, and it bars the party from attacking on appeal any legal rulings or fact findings contained herein.

**DONE AND SUBMITTED** in Chambers at West Palm Beach, Florida, this 14th day of October, 2026.

Shaniek Maynard

SHANIEK MILLS MAYNARD
UNITED STATES MAGISTRATE JUDGE